■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARTHUR LEE WILSON, Also Known as ARTHUR LEE SMALLWOOD, Appellant. — Judgment of the Supreme Court, Kings County (Ryan, J.), rendered December 8, 1977,

affirmed. No opinion. Appeal from an order of the same court, dated November 7, 1979, denying defendant's application for resentence dismissed as nonappealable (see *People v De Jesus,* 54 NY2d 447; *People v Stephens,* 55 NY2d 778; *People v Rivera,* 87 AD2d 656). Damiani, J. P., Titone, Weinstein and Bracken, JJ., concur.